UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Otis Mays,                                                          Civ. No. 20-506 (PAM/KMM)

                Plaintiff,

v.                                                                                    **ORDER**

Sherburne County Jail, Zack, Ms. Sherry K., Patton, Lumply, Lori, Rachael Clem, Kholar Joshua, Sean, Brain McDonough, Tyrel Hoppe, Aric Hanson, Travis Lundstrom, Heather Pickett, Christopher Bloom, Thomas Zerwas, Brian Frank, Dave Isais, Mike Siege, Chris Hansen, Pattrick Carr, Mark Fritel, Melissa Kachmarek, Brad Botih, Bartell, Jason Kolbinger, Paula Baker, Mike Wallace, Adrian Johnson, Jessie Lafay, Dominses, Passie, Jim Rouke, Tom Bersron, Paul, Paul, Jessica Reischl, Simmions, Linzy, Joshua Jesbers, Lenard, Drew Hout, Brittany, T. Thompson, Cory Schoeck, Adam Schuttle, Micheal Wells, and Adam Walkley,

                Defendants.

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Katherine M. Menendez dated September 30, 2021. (Docket No. 99.) The R&R recommends that Plaintiff Otis May's Motion for Temporary Restraining Order be denied. On October 20, 2021, Mays filed another Motion for Temporary Restraining Order, raising very different claims from those he pressed in his first such Motion. (Docket No. 100.) Mays did not file any objection to the R&R, and the time to do so has passed. D. Minn. L.R. 72.2(b)(1).

This Court must review de novo any portion of an R&R to which specific objections are made, but in the absence of objections, the Court reviews the R&R only for clear error. 28 U.S.C. § 636(b)(1); D. Minn. L.R. 72.2(b); see also Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996) (noting that district court need only review un-objected-to R&R for clear error). The Court has reviewed the R&R and finds no error, clear or otherwise, in the Magistrate Judge's reasoning.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 99) is **ADOPTED**; and

2. Mays's first Motion for Temporary Restraining Order (Docket No. 94) is **DENIED**.

Dated:   October 27, 2021                         *s/Paul A. Magnuson*
                                                                                    Paul A. Magnuson
                                                                                     United States District Court Judge